IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

---

JANE M. BRENNER

    Plaintiff

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

    Defendant

Civil Action No.:
WMN-00-608

---

## JOINT MOTION FOR CONTINUANCE OF PLAINTIFF'S AND DEFENDANT'S RULE 26(a)(2) DISCLOSURES

Plaintiff, by her undersigned counsel, and Defendant, by its undersigned counsel, hereby respectfully and jointly request, pursuant to Local Rule 105.9.a, an extension on the following deadlines provided in the Scheduling Order issued by this Honorable Court on or about March 10, 2000 as follows:

Plaintiff's Rule 26(a)(2) disclosures re experts from May 9, 2000 to May 23, 2000,

Defendant's Rule 26 (a)(2) disclosures re experts from June 8, 2000 to June 22, 2000,

Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts from June 22, 2000 to June 29, 2000,

All other dates, including Rule 26(e)(2) supplementation of disclosures and responses, ordered by the Scheduling Order to be provided by June 29, 2000 for both parties, will remain the same.

WHEREFORE, both parties, through counsel respectfully and jointly request that the Scheduling Order be amended to reflect the above changes.

_____  _____
Jason S. Shoemaker                Nell B. Strachan
Federal Bar No.: 25508            Federal Bar No.: 00408
30 West Patrick Street            1800 Mercantile Bank & Trust Building
Suite 320                         2 Hopkins Plaza
Frederick, Maryland 21701         Baltimore, Maryland 21201
(301) 694-6262                    (410) 244-7464
Attorney for the Plaintiff        Attorney for the Defendant

ORDER

It is hereby so Ordered.

_____ 5/10/00
William M. Nickerson
U.S.D.J.

- 2 -

BA2DOCS1\131617.01