UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 16 P 4:46

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

August 16, 2000

Jason Scott Shoemaker, Esq.
30 W. Patrick Street
Suite 320
Frederick, MD 21701

Nell B. Strachan, Esq.
Venable, Baetjer & Howard
Two Hopkins Plaza
1800 Mercantile Bank & Trust
Baltimore, MD 21201

  Re:  Brenner v. ITT Hartford
     Civil Action No. WMN-00-608

Dear Counsel:

  Thank you for your joint status report.

  I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Wednesday, September 20, 2000, at 9:15 a.m. At that time counsel should be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

          Very truly yours,

          William M. Nickerson
          United States District Judge

WMN:ce

cc:  Court File