FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2000 SEP 20 P 2: 02

JANE M. BRENNER                                     :

CLERK'S OFFICE

v.                                     AT BALTIMORE   Civil Action No. WMN 00-608

BY_____DEPUTY

HARTFORD LIFE INSURANCE CO.        :

\* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

1.  A pretrial conference is scheduled for <u>May 23 2001</u> at 9:15 a.m.   Any amended pretrial order is due in chambers five days prior to the pretrial conference.

2.  Requested voir dire, jury instructions and witness lists shall be submitted in duplicate by <u>May 23, 2001</u>.  Any request for an instruction should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions.  Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.

3.  The <u>3</u> day  jury trial in this matter shall commence on <u>June 4, 2001</u>, at 10:00 A.M.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instructions.

4.  Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked.  [Please contact my courtroom deputy, Mary Jo Lauman (410)962-2600 prior to the submission of the exhibit list to insure an accurate format.]  Counsel for the plaintiff shall file said list with the court, in quadruplicate, and shall serve a copy

on defendant's counsel not later than <u>May 16, 2001</u>.  Counsel for the defendant shall file

said list with the Court and shall serve a copy on plaintiff's counsel, not later than <u>May</u>

<u>23, 2001</u>.

     5. The Clerk of Court shall mail copies of this Scheduling Order to counsel in this

case.

                                           **William M. Nickerson**
                                           **United States District Judge**

Dated: _____9/20/00_____