IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JANE M. BRENNER           :
                          :
v.                        :   Civil Action WMN-00-608
                          :
HARTFORD LIFE AND ACCIDENT:
INSURANCE COMPANY         :

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 23rd day of February 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Plaintiff's Motion for Hearing on Defendant's Motion for Summary Judgment or in the Alternative, Motion to File an Amended and Supplemental Opposition to Defendant's Motion or in the Alternative, Motion to File Surreply or in the Alternative, Motion to Incorporate the Statements and Exhibits Contained Herein into the Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Paper No. 17) is hereby DENIED;

2. That Defendant's Motion for Summary Judgment (Paper No. 12) is hereby DENIED;

3. That the parties shall submit a joint status report to the Court within 15 days of the date of this order indicating the manner in which this action ought to proceed; and

4. That the Clerk of the Court shall mail or transmit copies

of the foregoing memorandum and this order to all counsel of record.

                                                */s/*
                                       William M. Nickerson
                                       United States District Judge