

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JANE M. BRENNER | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-608 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the parties' Agreed Motion to Extend Deadlines and Scheduling Order, it is

ORDERED, that the parties' motion be and the same hereby is, GRANTED, and it is;

FURTHER ORDERED, that the dates for completing the discovery activities reported in the parties' Joint Status Report of March 12, 2001 be extended by thirty (30) days, and it is;

FURTHER ORDERED, that the dates set for the pre-trial conference and trial in the Court's Scheduling Order dated September 20, 2000 are hereby vacated and the parties are directed to submit a joint status report to the Court on or before June 10, 2001.

Dated: April 6, 2001

William M. Nickerson
United States District Judge