IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JANE M. BRENNER | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-608 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR LEAVE TO WITHDRAW APPEARANCE

1.  On April 6th, 2001, Jerrold A. Thrope, and Charles R. Bacharach, and Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, 233 East Redwood Street, Baltimore, Maryland 21202, entered their appearance as counsel on behalf of Defendant, Hartford Life and Accident Insurance Company.

2.  Pursuant to Local Rule 101.2(b), the undersigned requests the leave of this Court to withdraw the appearance of:

> Nell B. Strachan, Esquire
> Venable, Baetjer & Howard, LLP
> 2 Hopkins Plaza, Suite 1800
> Baltimore, Maryland 21201-2978
> (410) 244-7464

FILED _____ ENTERED
APR 1 0 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

THIS _10_ DAY
OF _Apr_, 20 _01_

UNITED STATES DISTRICT JUDGE

Pl.D Withdraw Appearance 4 6 2001

Respectfully submitted,

*[signature]*

Nell B. Strachan, Esquire
Venable, Baetjer & Howard, LLP
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
(410) 244-7464

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, a copy of the foregoing Request For Leave To Withdraw Appearance was mailed, first-class, postage prepaid, to Jerrold A. Thrope, Esquire and Charles R. Bacharach, Esquire, 233 East Redwood Street, Baltimore, Maryland 20201 and Jason S. Shoemaker, Esquire, 30 West Patrick Street, Suite 320, Frederick, Maryland 21701.

*[signature]*

Nell B. Strachan