IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JANE M. BRENNER | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-608 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Defendant, Hartford Life and Accident Insurance Company, and plaintiff, Jane Brenner, by and through their respective counsel, respectfully move this Court for entry of an Order extending the discovery deadlines set in the Court's Order dated May 7, 2001 by thirty (30) days, and as grounds therefor states as follows:

1. The parties have engaged in good faith, substantive settlement discussions and believe that they will soon be able to agree on final terms and consummate a settlement. An additional extension of the discovery period will aid them in resolving this matter without incurring further litigation costs and give them adequate time to prepare the settlement documents.

2. Accordingly, the parties jointly request that the Court extend the discovery deadlines set in its Order of May 7, 2001 by (30) days as follows:

| | |
|---|---|
| Parties to name any new experts by: | July 9, 2001 |
| All fact discovery to be completed by: | August 6, 2001 |
| All discovery to be completed by: | August 13, 2001 |



APPROVED

3. In addition, the parties propose to file a new Joint Status Report on or before August 13, 2001 to inform the Court of the status of discovery and the parties' efforts to resolve this matter.

4. This Motion is not for the purpose of any delay and neither party will be prejudiced by the proposed extension.

Respectfully Submitted:

_____
Jason S. Shoemaker, Esquire
Federal Bar No. 25509
30 West Patrick Street, Suite 320
Frederick, Maryland 21701
(301) 694-6262

_____
Jerrold A. Thrope, Esquire
Federal Bar No. 01376
Charles R. Bacharach, Esquire
Federal Bar No. 06751
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4295