IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JANE M. BRENNER

    Plaintiff(s)

vs.

HARTFORD LIFE AND
ACCIDENT INSURANCE
COMPANY

    Defendant(s)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 16 A 11: 26

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

Civil Action No.: WMN-00-608

******

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: 8/15/01

William M. Nickerson
United States District Judge

U.S. District Court (Rev. 5/2001)



# GORDON·FEINBLATT
ROTHMAN, HOFFBERGER & HOLLANDER, LLP

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 16  A 11: 26

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

**CHARLES R. BACHARACH**
410.576.4169
FAX 410.576.4246
cbacharach@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

August 14, 2001

**HAND DELIVERED**

Honorable William M. Nickerson
United States District Court
for the District of Maryland
101 W. Lombard Street
Third Floor, Room 330
Baltimore, MD  21201

      RE:  Brenner v. Hartford Life and Accident Insurance Company
            Civil Action No. WMN-00-608

Dear Judge Nickerson:

      Pursuant to the Court's revised scheduling order dated June 7, 2001, the parties are pleased to report that they have come to a settlement in this matter and are in the process of exchanging the final agreement for mutual execution.  The parties expect that settlement documents will be exchanged and the settlement payment made within the next week.  Pursuant to the parties' agreement, the plaintiff will dismiss this action with prejudice within three (3) business days of receipt of the settlement payment.

      The parties wish to express their gratitude to the Court for its cooperation in extending the scheduling deadlines in this matter, which greatly assisted the parties in reaching a settlement.

                                    Respectfully yours,

                                    Charles R. Bacharach

CRB:leb
cc: Jason S. Shoemaker, Esquire
     Clerk of the Court