IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 17  A 10: 01

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| JANE M. BRENNER | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: WMN-00-608 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

The parties hereto, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the dismissal, with prejudice, of the above-captioned action.

_____
Jason S. Shoemaker, Esquire
Federal Bar No. 25509
30 West Patrick Street, Suite 320
Frederick, Maryland 21701
(301) 694-6262

Attorney for Plaintiff

_____
Charles R. Bacharach
Federal Bar No. 06751
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4169

Attorneys for Defendant

____FILED    ____ENTERED
____LOGGED   ____RECEIVED

AUG 2 2 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

**CERTIFICATE OF SERVICE**

 I DO HEREBY CERTIFY, that a true and exact copy of this signed STIPULATION OF DISMISSAL was mailed postage prepaid, this 16 day of August 2001, to Mr. Charles R. Bacharach, Esq., Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, The Garrett Building, 233 East Redwood Street, Baltimore, Maryland 21202 attorneys for the Defendant Life and Accident Insurance Company.

_____
Jason S. Shoemaker