

# GORDON·FEINBLATT
## ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**CHARLES R. BACHARACH**
410.576.4169
Fax 410.576.4246
cbacharach@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

January 18, 2002

**HAND DELIVERED**

Civil Clerk
United States District Court
for the District of Maryland
(Northern Division)
101 W. Lombard Street, Suite 4415
Baltimore, MD  21201

       RE:   Jane M. Brenner v. Hartford Life and Accident Insurance Company
               Civil Action No. WMN-00-608

Dear Clerk:

This office represented Hartford Life and Annuity Insurance Company in the above-referenced matter.  Earlier today we inadvertently submitted a Joint Stipulation to Extend Expert Discovery Deadlines using this case  number.  Accordingly, the parties withdraw the stipulation.

The stipulation should have been filed in *Valerie Jackson v. Hartford Life and Annuity Insurance Company*, Civil Action No. CCB 01 CV 2496.  A corrected stipulation has been filed in that case.

If you have any questions about this matter, please do not hesitate to call

Very truly yours,

Charles R. Bacharach

CRB:leb
cc:  Curtis P. Abod, Esquire

APPROVED THIS 22nd DAY OF January, 2002

UNITED STATES DISTRICT JUDGE